

AO 440 (Rev. 12/09) Summons in a Civil Action       CERT-MAIL

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia



RECEIVED
MAR 11 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| Randall Todd Royer ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.  1:10cv146(LMB/IDD) |
| Federal Bureau of Prisons and Unknown Federal Agency ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Federal Bureau of Prisons
Central Office
320 First Street, N.W.
Washington, DC  20534

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Randall Todd Royer
46812-083
Greenville Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 5000
Greenville, IL  62246

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 03/11/2010

_____
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 12/09) Summons in a Civil Action





# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Randall Todd Royer | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:10cv146(LMB/IDD) |
| Federal Bureau of Prisons and Unknown Federal Agency | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Unknown Federal Agency
        Serve: United States Department of Justice
        950 Pennsylvania Avenue, N.W.
        Washington, DC 20530

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Randall Todd Royer
                                    46812-083
                                    Greenville Federal Correctional Institution
                                    Inmate Mail/Parcels
                                    P.O. Box 5000
                                    Greenville, IL 62246

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                         *CLERK OF COURT*

Date:    03/11/2010

                                                                      *Signature of Clerk or Deputy Clerk*

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

CA: 1:10CV146

Sent To: UNKNOWN FEDERAL AGENCY
Street, Apt. No.; or PO Box No.: SERVE: U.S. DEPT. OF JUSTICE - 950 Pennsylvania Ave NW
City, State, ZIP+4: WASHINGTON, DC 20530

7008 0150 0002 8648 3019

PS Form 3800, August 2006   See Reverse for Instructions

AO 440 (Rev. 12/09) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Randall Todd Royer ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:10cv146(LMB/IDD) |
| Federal Bureau of Prisons and Unknown Federal Agency ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Eric Holder
United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Randall Todd Royer
46812-083
Greenville Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 5000
Greenville, IL 62246

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/11/2010

_____
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

RECEIVED
MAR 11 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| Randall Todd Royer <br><br> *Plaintiff* <br> v. <br> Federal Bureau of Prisons and Unknown Federal Agency <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 1:10cv146(LMB/IDD) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Neil H. MacBride
    United States Attorney for the Eastern District of Virginia
    2100 Jamieson Avenue
    Alexandria, Virginia   22314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Randall Todd Royer
                                        46812-083
                                        Greenville Federal Correctional Institution
                                        Inmate Mail/Parcels
                                        P.O. Box 5000
                                        Greenville, IL   62246

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                    CLERK OF COURT

Date:    03/11/2010                                                                  
                                                                                     *Signature of Clerk or Deputy Clerk*

